# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ANDREW & TAMAR FUEHL |
| **Case Number:** | 2:14-BK-12582-MCW    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, APRIL 18, 2017 02:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## *Matter:*

ORDER FOR ANDREW FUEHL AND TAMAR FUEHL TO APPEAR AND SHOW CAUSE, IF THERE BE ANY, AS TO WHY SANCTIONS SHOULD NOT ISSUE AGAINST THEM REQUIRING THEM TO PAY FORD'S ATTORNEYS' FEES AND COURT COSTS AS A RESULT OF THE MOVANTS' FAILURE TO BRING THEIR MOTION IN GOOD FAITH

R / M #:    142 / 0

## *Appearances:*

NANCY KALAFA SWIFT (T), ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC
ANDREW FUEHL, DEBTOR

## *Proceedings:*

Mr. Fuehl discussed his efforts to settle the matter.

Ms. Swift discussed the parties prior communications, noting her client declined Mr. Fuehl's recently proposed offer and made a counter offer.

Discussion ensues regarding a potential settlement. The parties are not in a place to settle. The matter will move forward.

Mr. Fuehl stated his position and answered the court's questions reviewing the details of what has happened.

The court stated its analysis.

COURT: FINDINGS OF FACT AND CONCLUSIONS WERE STATED ON THE RECORD. THE COURT FINDS THAT THE DEBTORS HAVE NOT BEEN ABLE TO SHOW CAUSE WHY SANCTIONS ARE NOT WARRANTED AND THUS THE COURT WILL ENTER AN AWARD OF SANCTIONS. IT IS ORDERED ASSESSING FEES AND COSTS AGAINST THE DEBTORS FOR THEIR FRIVOLOUS ACTIONS AND FOR THEIR KNOWING AND INTENTIONAL HARASSMENT AGAINST FORD MOTOR COMPANY. FORD MOTOR COMPANY SHALL FILE A CHINA DOLL AFFIDAVIT FOR THE FEES AND COSTS THEY'VE INCURRED IN DEFENDING THIS MATTER, ALONG WITH A FORM OF JUDGMENT IN THE AMOUNT OF FEES AND COSTS INCURRED. THE COURT WILL REVIEW THE APPLICATION ALONG WITH A DETAILED FEES AND COSTS AND ENTER A JUDGMENT IF APPROPRIATE.